FILED

NOV 17 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 21-30179-DWD |
| JERMAINE MIKE, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Sections 371 and 2113(b). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Commit Bank Larceny)**

1. From on or about February 27, 2021 and continuing thereafter until on or about February 28, 2021, in Madison County, within the Southern District of Illinois, and elsewhere,

**JERMAINE MIKE,**

defendant herein, knowingly and willfully conspired and agreed with other persons both known and unknown to the grand jury, to take and carry away with intent to steal and purloin property in excess of $1,000 belonging to and in the care, custody, control, management and possession of one or more banks whose deposits were then insured by the Federal Deposit Insurance Corporation, and as defined by Title 18 United States Code Section 2113(b).

2. At all times material to this Indictment, Liberty Bank was a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

**Object of the Conspiracy**

3. The object of **JERMAINE MIKE,** and his co-conspirators, was to enrich themselves by taking and carrying away with the intent to steal and purloin United States currency from Liberty Bank.

**Manner and Means Used to Facilitate the Conspiracy**

4. Among the manner and means used by **JERMAINE MIKE,** and his co-conspirators, to carry out the object of their conspiracy were the following:

a) **JERMAINE MIKE,** and his co-conspirators, on or before February 27, 2021, traveled together from Texas to the Southern District of Illinois.

b) **JERMAINE MIKE,** and his co-conspirators, stole a large, heavy duty pick-up truck from a business in the target location.

c) **JERMAINE MIKE,** and his co-conspirators, traveled in the stolen pick-up truck and a second, surveillance vehicle to a targeted ATM.

d) **JERMAINE MIKE,** and his co-conspirators, used chains and J-hooks to tether the targeted ATM to the stolen pick-up truck. Thereafter the pick-up truck driver accelerated rapidly attempting to break open the ATM.

**Overt Acts**

5. In furtherance of the conspiracy, and to effect the illegal objectives thereof, **JERMAINE MIKE,** and his co-conspirators, performed and participated in and did the following acts, among others, in the Southern District of Illinois:

a) On or about February 28, 2021, **JERMAINE MIKE,** and his co-conspirators did attempt to take and carry away with intent to steal and purloin United States currency in excess of $1000 belonging to and in the care, custody, control, management and possession of Liberty Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18 United States Code Sections 371 and 2113(b).

Case 3:21-cr-30179-DWD   Document 1   Filed 11/17/21   Page 3 of 3   Page ID #3

A TRUE BILL

███████████████

*Jen Huds* (signature)
JENNIFER HUDSON
Assistant United States Attorney

*StWt* (signature)
Digitally signed by STEVEN WEINHOEFT
Date: 2021.11.15 17:47:22 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond:
Jermaine Mike          Detention